| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Magner, Elizabeth W. | Bankruptcy Court, ED La. | 12/20/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> **5b.** ☑ Amended Report | 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

500 Poydras St. Ste B-741B
New Orleans, La. 70130-3310

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 ▮▮▮ Trust |
| 2. | Trustee | Trust #2 ▮▮▮ Trust |
| 3. | Trustee | Trust #3 ▮ Testmentary Trust ▮▮ |
| 4. | Trustee | Trust #4 ▮ Testementary Trust ▮▮ |
| 5. | Trustee | Trust #5 ▮ Testemantary Trust ▮▮ |
| 6. | Executrix | Succession of ▮ |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Partner, Jones, Walker, LLP |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | American Conference Institute | January 14-15, 2016 | Philadelphia, Pa | Speaking | Meals, hotel, transportation |
| 3. | American Conference Institute | January 27-28, 2016 | Miami, Fl | Speaking | Meals, hotel, transportation |
| 4. | Louisiana State University Paul M. Hebert Law Center Seminar on Bankruptcy | October 6, 2016 | Baton Rouge, La. | Speaking | Meal |
| 5. | Turnaround Mgt. Ass'n | October 5, 2016 | Baton Rouge, La. | Speaking | Meal |

# FINANCIAL DISCLOSURE REPORT

Page 3 of 72

**Name of Person Reporting**

Magner, Elizabeth W.

**Date of Report**

12/20/2017

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Whitney National Bank | Construction line of credit | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 12/20/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Real property Waynesville, N.C.-purchased 2003; $165,000 | | None | M | R | | | | | |
| 2. United Health Group Common Stock | A | Dividend | M | T | | | | | |
| 3. Trust #1 income and principal beneficiary- Guardian Life Ins. | A | Interest | N | T | | | | | |
| 4. Trust #2- ____ Trust- Trustee | | None | | | | | | | |
| 5. Whitney National Bank Accounts | | None | M | T | | | | | |
| 6. Guardian Life Insurance-universal variable life | A | Dividend | L | U | | | | | |
| 7. EWA, LLC | A | Int./Div. | J | U | | | | | |
| 8. MA Patout, Inc | C | Int./Div. | J | U | | | | | |
| 9. Berkshire Hathaway, Inc. common stock | | None | L | T | | | | | |
| 10. Real property Union City, TN 25%; 3/7/2014 | D | Rent | M | Q | | | | | |
| 11. | | | | | | | | | |
| 12. WHITNEY Investment Account | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. Fidelity Gov't MMKT Capital Reserves f/k/a Prime Capital Fund Reserves | A | Interest | K | T | | | | | |
| 15. -Harris Cnty Tex Mun Util Dist No 165 | C | Interest | M | T | | | | | |
| 16. -Sienna Plantation Mun Util Dist No 10 | C | Interest | M | T | | | | | |
| 17. -Pasco Cnty Fla Sch Brd Ctfs Partn COPS | B | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 12/20/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | | | | | |
| 19. FIDELITY IRA ROLLOVER | | | | | Closed | 04/05/16 | | | |
| 20. | | | | | | | | | |
| 21. -Powershares DB Gold Double Long ETN | None | | | | Buy | 03/10/16 | J | | |
| 22. | | | | | Distributed | 03/18/16 | J | | |
| 23. | | | | | | | | | |
| 24. -Direxion Daily Sml Cap Bull 3X Shs | None | | | | Buy | 01/21/16 | J | | |
| 25. | | | | | Sold (part) | 02/11/16 | J | A | |
| 26. | | | | | Sold | 03/10/16 | J | A | |
| 27. -Direxion Shs ETF Tr Daily 20+ | None | | | | Buy | 01/21/16 | J | | |
| 28. | | | | | Buy (add'l) | 3/10/16 | J | | |
| 29. | | | | | Distributed | 03/18/16 | J | | |
| 30. | | | | | | | | | |
| 31. -Direxion Shs ETF Tr Daily Emerging Mkts | None | | | | Buy | 01/21/16 | J | | |
| 32. | | | | | Sold | 02/11/16 | J | A | |
| 33. | | | | | | | | | |
| 34. -Eaton Vance Global Macro Absolte RT CL A+ | None | | | | Sold | 01/19/16 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 12/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Fidelity MSCI Info Tech Ind ETF Avg | | None | | | Sold | 01/12/16 | K | A | |
| 36. -Franklin Convert Sec | | None | | | Sold | 01/19/16 | K | A | |
| 37. -Guggenheim China Sm Cap ETF | | None | | | Buy | 02/11/16 | J | | |
| 38. | | | | | Distributed | 03/18/16 | J | | |
| 39. | | | | | | | | | |
| 40. -Guggenheim Multi-Hedge Strat P+ | | None | | | Sold | 01/19/16 | K | A | |
| 41. | | | | | | | | | |
| 42. -Ishares Currency Hedged MSCI Emerging | | None | | | Buy | 01/21/16 | J | | |
| 43. | | | | | Sold | 02/11/16 | J | A | |
| 44. | | | | | Buy | 03/10/16 | J | | |
| 45. | | | | | Distributed | 03/18/16 | J | | |
| 46. | | | | | | | | | |
| 47. -Ishares MSCI Hong Kong ETF | | None | | | Buy | 03/10/16 | J | | |
| 48. | | | | | Distributed | 03/18/16 | J | | |
| 49. | | | | | | | | | |
| 50. -Ishares Russell 100 Value FD A+ | | None | | | Sold (part) | 01/12/16 | K | A | |
| 51. | | | | | Sold | 01/19/16 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 12/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Ishares Tips Bd ETF | | None | | | Buy | 03/10/16 | J | | |
| 53. | | | | | Distributed | 03/18/16 | J | | |
| 54. | | | | | | | | | |
| 55. -ISHARES TR EAFE SML ETF | | None | | | Buy | 01/05/16 | L | | |
| 56. | | | | | Sold | 01/21/16 | K | A | |
| 57. -Ishares TR IBOXX Hi Yd Etf | A | Dividend | | | Buy | 01/21/16 | J | | |
| 58. | | | | | Distributed | 03/18/16 | J | | |
| 59. | | | | | | | | | |
| 60. -Ishares Tr Ishares Currency Hedged MSCI Japan ETF | | None | | | Buy | 02/11/16 | K | | |
| 61. | | | | | Sold (part) | 03/10/16 | J | A | |
| 62. | | | | | Distributed | 03/18/16 | K | | |
| 63. | | | | | | | | | |
| 64. -Ishares JP Mor Em Mk ETF | A | Dividend | | | Buy | 01/21/16 | J | | |
| 65. | | | | | Buy (add'l) | 03/11/16 | J | | |
| 66. | | | | | Distributed | 03/18/16 | J | | |
| 67. | | | | | | | | | |
| 68. -Northern Sm Cap Val | | None | | | Sold | 01/19/16 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 12/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  -Pimco ETF Tr 15+ yr US Tips Ind Fd | | None | | | Buy | 01/21/16 | J | | |
| 70. | | | | | Sold | 03/10/16 | K | A | |
| 71.  -ProsharesTR Proshares Ultra 7-10 yr Tr | | None | | | Buy | 01/21/16 | J | | |
| 72. | | | | | Sold (part) | 03/11/16 | J | A | |
| 73. | | | | | Distributed | 03/18/16 | K | | |
| 74. | | | | | | | | | |
| 75.  -Proshares Tr Ultrapro Short Dow 30 | | None | | | Buy | 01/21/16 | J | | |
| 76. | | | | | Buy (add'l) | 02/11/16 | J | | |
| 77. | | | | | Sold (part) | 03/11/16 | J | A | |
| 78. | | | | | Distributed | 03/18/16 | J | | |
| 79. | | | | | | | | | |
| 80.  -Proshares Tr II Proshares Ultra Short | | None | | | Buy | 02/11/16 | J | | |
| 81. | | | | | Sold | 03/10/16 | J | A | |
| 82.  -Proshares Tr Ultrashort Basic Materials Sept 2012 | | None | | | Buy | 01/21/16 | J | | |
| 83. | | | | | Sold (part) | 02/11/16 | J | A | |
| 84. | | | | | Sold | 03/10/16 | J | A | |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 12/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Proshares Ultra QQQ Proshares | | None | | | Buy | 01/21/16 | J | | |
| 87. | | | | | Sold (part) | 02/11/16 | J | A | |
| 88. | | | | | Sold | 03/10/16 | J | A | |
| 89. -Powershares DB US DLR Ind Tr | | None | | | Buy | 01/21/16 | J | | |
| 90. | | | | | Sold | 03/10/16 | J | A | |
| 91. | | | | | | | | | |
| 92. -Powershares Exch Traded Fd Tst India | | None | | | Buy | 01/21/16 | J | | |
| 93. | | | | | Sold (part) | 02/11/16 | J | A | |
| 94. | | | | | Distributed | 03/18/16 | J | | |
| 95. | | | | | | | | | |
| 96. -Powershares Exchange Traded FD TR II a/k/a Senior Loan Portfolio | A | Interest | | | Buy | 01/21/16 | J | | |
| 97. | | | | | Distributed | 03/18/16 | J | | |
| 98. | | | | | | | | | |
| 99. -Putnum Equity Inc CL A+ | | None | | | Sold | 01/11/16 | K | A | |
| 100. -Rydex Biotech CL H+ | | None | | | Sold | 01/19/16 | K | A | |
| 101. | | | | | | | | | |
| 102. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | | Name of Person Reporting | Date of Report |
|---|---|---|---|
| | | Magner, Elizabeth W. | 12/20/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  - Sector SPDR TR Consumer | | None | | | Buy (add'l) | 01/21/16 | J | | |
| 104. | | | | | Buy (add'l) | 03/10/16 | K | | |
| 105. | | | | | Distributed | 03/18/16 | K | | |
| 106. | | | | | | | | | |
| 107.  -Sector Spdr Tr Shs Ben Int Utilities a/k/a SPDR Series Tr S&P Retai | | None | | | Buy | 03/10/16 | J | | |
| 108. | | | | | Distributed | 03/18/16 | J | | |
| 109. | | | | | | | | | |
| 110.  -SPDR Gold TR Gold Shs | | None | | | Buy | 01/21/16 | J | | |
| 111. | | | | | Buy (add'l) | 03/10/16 | J | | |
| 112. | | | | | Distributed | 03/18/16 | J | | |
| 113. | | | | | | | | | |
| 114.  -SPDR Ser Tr S&P Bkg ETF | | None | | | Buy | 01/21/16 | J | | |
| 115. | | | | | Sold | 03/10/16 | J | A | |
| 116. | | | | | Buy | 03/10/16 | J | | |
| 117. | | | | | Distributed | 03/18/16 | J | | |
| 118. | | | | | | | | | |
| 119. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 12/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Spdr Ser Tr S&P Retail ETF | | None | | | Buy | 03/11/16 | J | | |
| 121. | | | | | Distributed | 03/18/16 | J | | |
| 122. | | | | | | | | | |
| 123. -SSGA Emerging | | None | | | Sold | 01/12/16 | K | A | |
| 124. -Vanguard Ind Fds Vanguard Sm Cap | | None | | | Buy | 01/21/16 | J | | |
| 125. | | | | | Sold | 03/11/16 | J | A | |
| 126. -Vanguard Ind Fds Vanguard REIT Etf | | None | | | Buy | 01/21/16 | K | | |
| 127. | | | | | Sold (part) | 02/11/16 | J | A | |
| 128. | | | | | Sold (part) | 03/10/16 | J | A | |
| 129. | | | | | Distributed | 03/18/16 | J | | |
| 130. | | | | | | | | | |
| 131. -Vanguard Int'sEquity Ind Fds Global | A | Dividend | | | Buy | 01/21/16 | J | | |
| 132. | | | | | Distributed | 03/18/16 | J | | |
| 133. | | | | | | | | | |
| 134. -Vanguard Scottsdale Fds Vanguard Sht Term | | None | | | Buy | 03/11/16 | J | | |
| 135. | | | | | Distributed | 03/18/16 | J | | |
| 136. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 12/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Wisdomtree Tr Eur Hdg Sm Cap | | None | | | Buy | 01/21/16 | K | | |
| 138. | | | | | Buy (add'l) | 02/11/16 | J | | |
| 139. | | | | | Distributed | 03/18/16 | K | | |
| 140. | | | | | | | | | |
| 141. -Wisdomtree Tr Eur Hed EQ | | None | | | Buy | 02/11/16 | K | | |
| 142. | | | | | Distributed | 03/18/16 | K | | |
| 143. | | | | | | | | | |
| 144. -Wisdomtree Trust Japan Hedge Eqt | | None | | | Buy | 01/21/16 | K | | |
| 145. | | | | | Sold | 02/11/16 | K | A | |
| 146. -Fidelity Cash Reserves | A | Interest | | | Distributed (part) | 03/18/16 | J | | |
| 147. | | | | | Distributed | 04/05/16 | J | | |
| 148. Personal Raymond James IRA Rollover | | | | | | | | | |
| 149. | | | | | | | | | |
| 150. -Am Mutual Fund Cl A | A | Dividend | J | T | | | | | |
| 151. -Capital Inc Builder DF CL A | A | Dividend | J | T | Buy (add'l) | 03/17/16 | J | | |
| 152. | | | | | | | | | |
| 153. -Inc FD of AM CL A | A | Dividend | J | T | Buy (add'l) | 03/17/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 12/20/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | | | | | |
| 155. -Bond Fd of Am Cl F2 Am Funds | | None | L | T | Buy | 06/20/16 | M | | |
| 156. | | | | | | | | | |
| 157. | | | | | | | | | |
| 158. -Strategic Bd Fd Cl F2 Am Funds N/L | A | Dividend | L | T | Buy | 06/20/16 | J | | |
| 159. | | | | | Buy (add'l) | 06/20/16 | L | | |
| 160. | | | | | | | | | |
| 161. -Guggenheim China Sm Cap ETF | | None | | | Open | 03/18/16 | J | | |
| 162. | | | | | Sold | 03/28/16 | J | A | |
| 163. | | | | | | | | | |
| 164. -Powershares DB Gold Double Long ETN | | None | | | Open | 03/18/16 | J | | |
| 165. | | | | | Sold | 4/28/16 | J | A | |
| 166. | | | | | | | | | |
| 167. -Direxion Shares ETF Trust Daily 20 Yr | | None | J | T | Open | 03/18/16 | J | | |
| 168. | | | | | | | | | |
| 169. -Ishares MSCI Hong Kong ETF | | None | | | Open | 03/18/16 | J | | |
| 170. | | | | | Sold | 03/28/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 12/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | | | | | |
| 172.  -Ishares Tr TIPS BD ETF | | None | | | Open | 03/18/16 | J | | |
| 173. | | | | | Sold | 03/28/16 | J | A | |
| 174. | | | | | | | | | |
| 175.  -Ishares Tr JP Mor Emg Mkt | | None | | | Open | 03/18/16 | K | | |
| 176. | | | | | Sold | 03/28/16 | K | A | |
| 177. | | | | | | | | | |
| 178.  -Ishares IBoxx Hi Yd ETF | | None | | | Open | 03/18/16 | J | | |
| 179. | | | | | Sold | 03/28/16 | J | A | |
| 180. | | | | | | | | | |
| 181.  -Ishares Inc Currency HD MSCI EM | | None | | | Open | 03/18/16 | J | | |
| 182. | | | | | Sold | 06/13/16 | J | A | |
| 183. | | | | | | | | | |
| 184.  -Ishares Tr Hedg MSCI Japan | | None | | | Open | 03/18/16 | K | | |
| 185. | | | | | Sold | 06/13/16 | K | A | |
| 186. | | | | | | | | | |
| 187. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Powershares Exch Trad FD TST India ETF | A | Dividend | | | Open | 03/18/16 | J | | |
| 189. | | | | | Sold | 03/28/16 | J | A | |
| 190. | | | | | | | | | |
| 191. -Powershares Senior Loan Port a/k/a PowersharesExch Traded FD TR II | A | Dividend | J | T | Open | 03/18/16 | J | | |
| 192. | | | | | | | | | |
| 193. -Proshares Tr Proshares Ultra 7-10 Tr | A | Dividend | J | T | Open | 03/18/16 | J | | |
| 194. | | | | | | | | | |
| 195. -Proshares Tr II Ultrapro S Dow 30hort | | None | | | Open | 03/18/16 | J | | |
| 196. | | | | | Sold | 03/28/16 | J | A | |
| 197. | | | | | | | | | |
| 198. -SPDR Gold TR Gold Shs | | None | | | Open | 03/18/16 | J | | |
| 199. | | | | | Sold | 03/28/16 | J | A | |
| 200. | | | | | | | | | |
| 201. -Spdr Series Tr S&P Retail ETF | A | Dividend | | | Open | 03/18/16 | J | | |
| 202. | | | | | Sold | 03/28/16 | J | A | |
| 203. | | | | | | | | | |
| 204. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 12/20/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205.  -Spdr SEries Tr S&P Bank ETF | A | Dividend | | | Open | 03/18/16 | J | | |
| 206. | | | | | Sold | 03/28/16 | J | A | |
| 207. | | | | | | | | | |
| 208.  -Vanguard Intl Equity Ind FDs Global | | None | | | Open | 03/18/16 | J | | |
| 209. | | | | | Sold | 03/28/16 | J | A | |
| 210. | | | | | | | | | |
| 211.  -Vanguard Short Term Scottsdale FD | A | Dividend | | | Open | 03/18/16 | J | | |
| 212. | | | | | Sold | 03/28/16 | J | A | |
| 213. | | | | | | | | | |
| 214.  -Vanguard REIT ETF | A | Dividend | | | Open | 03/18/16 | J | | |
| 215. | | | | | Sold | 03/28/16 | J | A | |
| 216. | | | | | | | | | |
| 217.  -Wisdomtree Tr Eur Hed Sm Cap EQ | A | Dividend | | | Open | 03/18/16 | K | | |
| 218. | | | | | Sold | 03/28/16 | K | A | |
| 219. | | | | | | | | | |
| 220.  -Wisdomtree Tr EU Hed EQ | | None | | | Open | 03/18/16 | K | | |
| 221. | | | | | Sold | 03/28/16 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | | | | | |
| 223. -Raymond JamesBank Deposit Program | | None | K | T | Open | 03/29/16 | M | | |
| 224. | | | | | Distributed (part) | 06/20/16 | M | | |
| 225. Personal Raymond James Account #1 | | | | | | | | | |
| 226. | | | | | | | | | |
| 227. -DeSoto Parish LA Sch BRD Sales & Use Tax Bonds | B | Interest | K | T | | | | | |
| 228. -La LOC Govt Environ Fac Dev Bds LCTCS | B | Interest | K | T | | | | | |
| 229. -LSU BD of Supervisors Rev Bonds 2010 | B | Interest | L | T | | | | | |
| 230. -LSU BD of Supervisors Rev Bonds 2012 | C | Interest | M | T | | | | | |
| 231. -Orleans Parish Sch Dist GO Ref Bds Ser 2010 | B | Interest | L | T | | | | | |
| 232. | | | | | | | | | |
| 233. Raymond James Bank | A | Interest | M | T | | | | | |
| 234. | | | | | | | | | |
| 235. 401(K) Jones Walker | | | | | | | | | |
| 236. -FID Freedom K 2025 | A | Int./Div. | M | T | | | | | |
| 237. | | | | | | | | | |
| 238. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. -TRUST # 3-Trustee | | | | | | | | | |
| 240. -Whitney National Bank Account | | None | L | T | Open | 1/1/16 | | | |
| 241. - 8.33% int in real property, Union City, TN; 3/7/14 see Part VIII | B | Rent | K | Q | | | | | |
| 242. | | | | | | | | | |
| 243. Trust #3 Fidelity Rollover IRA Account | | | | | Closed | 11/03/16 | | | |
| 244. | | | | | | | | | |
| 245. -Am Century Equity Growth | | None | | | Sold | 02/22/16 | J | A | |
| 246. | | | | | | | | | |
| 247. - Am Century Real Estate Inv CL | | None | | | Sold | 02/22/16 | J | A | |
| 248. | | | | | | | | | |
| 249. -Columbia Acorn Emg Mkt | | None | | | Sold | 02/22/16 | J | A | |
| 250. | | | | | | | | | |
| 251. -DB Gold Double Long ETN | | None | | | Buy | 03/10/16 | J | | |
| 252. | | | | | | Sold | 06/23/16 | J | A | |
| 253. | | | | | | | | | |
| 254. -Diamond Hill Sm Mid CapFD A | | None | | | Sold | 02/22/16 | J | A | |
| 255. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 12/20/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.  -Drexion Daily Sml Cap Bull | | None | | | Buy | 02/24/16 | J | | |
| 257. | | | | | Sold | 03/10/16 | J | A | |
| 258. | | | | | | | | | |
| 259.  -Drexion Shs ETF TR Daily 20+ | | None | | | Buy | 02/24/16 | J | | |
| 260. | | | | | Sold | 05/17/16 | J | A | |
| 261. | | | | | | | | | |
| 262.  -Guggenhim China Sm Cap ETF | | None | | | Buy | 02/24/16 | J | | |
| 263. | | | | | Sold | 05/17/16 | J | A | |
| 264. | | | | | | | | | |
| 265.  -Janus Research FD CL T | | None | | | Sold | 02/22/16 | J | A | |
| 266.  -JP Morgan Discpln Equity CL A | | None | | | Sold | 02/22/16 | J | A | |
| 267. | | | | | | | | | |
| 268.  -Ishares IBOXX Hi Yd ETF | A | Dividend | | | Buy | 02/24/16 | J | | |
| 269. | | | | | Buy (add'l) | 05/17/16 | J | | |
| 270. | | | | | Sold | 06/23/16 | J | A | |
| 271. | | | | | | | | | |
| 272. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 12/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. -Ishares Tr Iboxx Invest Grade | | None | | | Buy | 05/17/16 | J | | |
| 274. | | | | | Sold | 06/23/16 | J | A | |
| 275. | | | | | | | | | |
| 276. -Ishares Inc Currency Hed MSCI Emerging Mkt | | None | | | Buy | 02/24/16 | J | | |
| 277. | | | | | Buy (add'l) | 03/10/16 | J | | |
| 278. | | | | | Sold (part) | 05/17/16 | J | A | |
| 279. | | | | | Sold | 06/23/16 | J | A | |
| 280. | | | | | | | | | |
| 281. -Ishares MSCI Emerg Mkt | | None | | | Buy | 05/17/16 | J | | |
| 282. | | | | | Sold | 06/23/16 | J | A | |
| 283. | | | | | | | | | |
| 284. -Ishares Tr JP Morg | A | Dividend | | | Buy | 02/24/16 | J | | |
| 285. | | | | | Buy (add'l) | 03/10/16 | J | | |
| 286. | | | | | Sold | 06/23/16 | J | A | |
| 287. | | | | | | | | | |
| 288. -Ishares MSCI Hong Kong ETF | | None | | | Buy | 03/10/16 | J | | |
| 289. | | | | | Sold | 05/17/16 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 12/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | | | | | |
| 291.  -Ishares TIPS Bd ETF | | None | | | Buy | 03/10/16 | J | | |
| 292. | | | | | Sold | 05/17/16 | J | A | |
| 293. | | | | | | | | | |
| 294.  -Ishares Trust Ishares Currency | | None | | | Buy | 02/24/16 | J | | |
| 295. | | | | | Sold | 03/10/16 | J | A | |
| 296. | | | | | Buy | 05/17/16 | J | | |
| 297. | | | | | Sold | 06/23/16 | J | A | |
| 298. | | | | | | | | | |
| 299.  -Oppheimer Intl Growth CL A | | None | | | Sold | 02/22/16 | K | A | |
| 300.  -Oppenheimer Intl Sm Co CL A | | None | | | Sold | 02/22/16 | J | A | |
| 301. | | | | | | | | | |
| 302.  -Oppenheimer Dev Mkt FD CL A | | None | | | Sold | 02/22/16 | J | B | |
| 303. | | | | | | | | | |
| 304.  -Pimco Commodities Plus Strat CL D | | None | | | Sold | 02/22/16 | J | B | |
| 305.  Pimco ETF TR 15+ US TIPS Ind FD | | None | | | Buy | 02/24/16 | J | | |
| 306. | | | | | Sold | 03/10/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 12/20/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | | | | | |
| 308. -Powershares Db Us DLR Ind | | None | | | Buy | 05/17/16 | J | | |
| 309. | | | | | Sold | 06/23/16 | J | A | |
| 310. | | | | | | | | | |
| 311. -Powershares Exch Tr India | A | Dividend | | | Buy | 02/24/16 | J | | |
| 312. | | | | | Sold | 05/17/16 | J | A | |
| 313. | | | | | | | | | |
| 314. -Powershares Exch Tr Fd Tr II | A | Dividend | | | Buy | 02/24/16 | J | | |
| 315. | | | | | Buy (add'l) | 05/17/16 | J | | |
| 316. | | | | | Sold | 06/23/16 | J | A | |
| 317. | | | | | | | | | |
| 318. -Principal Mid Cap FD CL A | | None | | | Sold | 02/22/16 | J | B | |
| 319. | | | | | | | | | |
| 320. | | | | | | | | | |
| 321. | | | | | | | | | |
| 322. | | | | | | | | | |
| 323. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 12/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. -Proshares TR Proshares Ultra 7-10 yr T | | None | | | Buy | 02/24/16 | J | | |
| 325. | | | | | Buy (add'l) | 03/10/16 | J | | |
| 326. | | | | | Sold (part) | 05/17/16 | J | A | |
| 327. | | | | | Sold | 06/23/16 | J | | |
| 328. | | | | | | | | | |
| 329. -Proshares TR II Proshares Ultra Short | | None | | | Buy | 02/24/16 | J | | |
| 330. | | | | | Buy (add'l) | 03/10/16 | J | | |
| 331. | | | | | Buy (add'l) | 05/17/16 | J | | |
| 332. | | | | | Sold | 06/23/16 | J | A | |
| 333. | | | | | | | | | |
| 334. -Proshares Tr Ultra Short Basic | | None | | | Buy | 02/25/16 | J | | |
| 335. | | | | | Sold | 03/10/16 | J | A | |
| 336. | | | | | | | | | |
| 337. -Proshares Trust Proshares Ultra Short S&P 500 | | None | | | Buy | 05/17/16 | J | | |
| 338. | | | | | Sold | 06/23/16 | J | A | |
| 339. | | | | | | | | | |
| 340. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 12/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. -Proshares Tr Ultrapro Short | | None | | | Buy | 02/25/16 | J | | |
| 342. | | | | | Sold | 03/10/16 | J | A | |
| 343. | | | | | | | | | |
| 344. -Proshares Ultra QQQ | | None | | | Buy | 02/24/16 | J | | |
| 345. | | | | | Sold | 03/10/16 | J | A | |
| 346. | | | | | | | | | |
| 347. -Powershares DB US DLR Ind Tr | A | Dividend | | | Buy | 02/25/16 | J | | |
| 348. | | | | | Sold | 03/10/16 | J | A | |
| 349. | | | | | | | | | |
| 350. -Sector SPDR TR Shs Int Consumer | A | Dividend | | | Buy | 03/10/16 | J | | |
| 351. | | | | | Sold | 06/23/16 | J | A | |
| 352. | | | | | | | | | |
| 353. -Sector SPDR Tr Shs Ben Int Utilities | | None | | | Buy | 02/24/16 | J | | |
| 354. | | | | | Buy (add'l) | 03/10/16 | J | | |
| 355. | | | | | | | | | |
| 356. -Oppenheimer Dev Mkts FD CL A | A | Dividend | | | Sold | 02/23/16 | J | B | |
| 357. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 12/20/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358.  -SPDR Gold Tr Gold Shs | | None | | | Buy | 02/24/16 | J | | |
| 359. | | | | | Buy (add'l) | 03/10/16 | J | | |
| 360. | | | | | Sold (part) | 05/17/16 | J | A | |
| 361. | | | | | Sold | 06/23/16 | J | A | |
| 362. | | | | | | | | | |
| 363.  -SPDR Ser Tr S&P Banking ETF | A | Dividend | | | Buy | 02/25/16 | J | | |
| 364. | | | | | Sold | 03/10/16 | J | A | |
| 365. | | | | | | | | | |
| 366.  -SPDR Ser Tr S&P Retail ETF | A | Dividend | | | Buy | 03/10/16 | J | | |
| 367. | | | | | Sold | 05/17/16 | J | A | |
| 368. | | | | | | | | | |
| 369.  -SPDR Ser Tr S&P BK ETF | | None | | | Buy | 03/10/16 | J | | |
| 370. | | | | | Sold | 05/17/16 | J | A | |
| 371. | | | | | | | | | |
| 372.  -TIIA CREF instit Growth & Inc FD | | None | | | Sold | 02/22/16 | J | B | |
| 373. | | | | | | | | | |
| 374.  -Third Ave Real Estate Value Invst | | None | | | Sold | 02/22/16 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 26 of 72

Name of Person Reporting

Magner, Elizabeth W.

Date of Report

12/20/2017

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | | | | | |
| 376.  -T Rowe Price health Sciences | | None | | | Sold (part) | 02/22/16 | J | A | |
| 377. | | | | | | | | | |
| 378.  -Vanguard Ind FDS Sm cap | | None | | | Buy | 02/25/16 | J | | |
| 379. | | | | | | Sold | 03/10/16 | J | A | |
| 380. | | | | | | | | | |
| 381.  -Vanguard Index FDS REIT | A | Dividend | | | Buy | 02/24/16 | J | | |
| 382. | | | | | | Sold (part) | 03/10/16 | J | A | |
| 383. | | | | | | Sold | 05/17/16 | J | A | |
| 384. | | | | | | | | | |
| 385.  -Vanguard Intl Equity Ind Global | A | Dividend | | | Buy | 02/24/16 | J | | |
| 386. | | | | | | Sold | 06/23/16 | J | A | |
| 387. | | | | | | | | | |
| 388.  -Vanguard Scottsdale FDs | A | Dividend | | | Buy | 03/10/16 | J | | |
| 389. | | | | | | Sold | 06/23/16 | J | A | |
| 390. | | | | | | | | | |
| 391. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. -Vaneck Vectors ETF Tr Emerg Mkts | A | Dividend | | | Buy | 05/17/16 | J | | |
| 393. | | | | | Sold | 06/23/16 | J | A | |
| 394. | | | | | | | | | |
| 395. -Voya Sm Co CL A | | None | | | Sold | 02/22/16 | J | B | |
| 396. | | | | | | | | | |
| 397. -Wisdomtree Tr Eur Heg Sml Cap | A | Dividend | | | Buy | 02/24/16 | J | | |
| 398. | | | | | Sold | 06/23/16 | J | A | |
| 399. | | | | | | | | | |
| 400. -Wisdomtree Tr EU Hed EQ | A | Dividend | | | Buy | 02/24/16 | J | | |
| 401. | | | | | Buy (add'l) | 05/17/16 | J | | |
| 402. | | | | | Sold | 06/23/16 | J | A | |
| 403. | | | | | | | | | |
| 404. -Fidelity Cash Reserves | A | Interest | | | Distributed | 10/13/16 | L | A | |
| 405. | | | | | | | | | |
| 406. Trust#3- Schwab IRA Rollover account | | | | | Open | 10/13/16 | | | |
| 407. | | | | | | | | | |
| 408. -Altegris Mngd Futures Strat FD | A | Dividend | J | T | Buy | 10/17/16 | J | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 12/20/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | | | | | |
| 410. -Brandes Int'l Sm Cap EQ Fd CL A | A | Dividend | J | T | Buy | 10/17/16 | J | | |
| 411. | | | | | Buy (add'l) | 12/22/16 | J | | |
| 412. | | | | | | | | | |
| 413. -Diamond Hill Sm Cap CL I | A | Dividend | J | T | Buy | 10/1/16 | J | | |
| 414. | | | | | Buy (add'l) | 12/22/16 | J | | |
| 415. | | | | | | | | | |
| 416. -First Eagle Overseas CL A | A | Dividend | J | T | Buy | 10/17/16 | J | | |
| 417. | | | | | Buy (add'l) | 12/22/16 | J | | |
| 418. | | | | | | | | | |
| 419. -Goldman Sachs Sm Mid Growth | A | Dividend | J | T | Buy | 10/17/16 | J | | |
| 420. | | | | | Buy (add'l) | 12/22/16 | J | | |
| 421. | | | | | | | | | |
| 422. -Harding Loevner Int'l EQ Port Inv Cl | | None | J | T | Buy | 12/22/16 | J | | |
| 423. | | | | | | | | | |
| 424. -Jenson Quality Growthe FD CL J | A | Dividend | J | T | Buy | 10/17/16 | J | | |
| 425. | | | | | Buy (add'l) | 12/22/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | | | | | |
| 427.  -Oakmark FD CL 1 | A | Dividend | J | T | Buy | 10/17/16 | J | | |
| 428. | | | | | Buy (add'l) | 12/22/16 | J | | |
| 429. | | | | | | | | | |
| 430.  -Tortoise MLP & Pipeline Inv | A | Dividend | J | T | Buy | 10/17/16 | J | | |
| 431. | | | | | Buy (add'l) | 12/22/16 | J | | |
| 432. | | | | | | | | | |
| 433.  -Virtus Contrarian Value FD CL | | None | J | T | Buy | 10/17/16 | J | | |
| 434. | | | | | Buy (add'l) | 12/22/16 | J | | |
| 435. | | | | | | | | | |
| 436.  -Wells Fargo Absolute Return | A | Dividend | J | T | Buy | 10/17/16 | J | | |
| 437. | | | | | Buy (add'l) | 12/22/16 | J | | |
| 438. | | | | | | | | | |
| 439.  -Wells Fargo Emrg Mkts Adm | A | Dividend | J | T | Buy | 10/17/16 | J | | |
| 440. | | | | | Buy (add'l) | 12/22/16 | J | | |
| 441. | | | | | | | | | |
| 442. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 30 of 72

**Name of Person Reporting**

Magner, Elizabeth W.

**Date of Report**

12/20/2017

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 443. -iShares Core MSCI EAFE | | None | | | Buy | 10/17/16 | K | | |
| 444. | | | | | Sold | 12/20/16 | K | A | |
| 445. | | | | | | | | | |
| 446. - Schwab Deposit Account | A | Interest | J | T | Open | 10/13/16 | J | | |
| 447. | | | | | | | | | |
| 448. Trust # 3 Schwab Account | | | | | | | | | |
| 449. | | | | | | | | | |
| 450. Altegris Macro Strategy CL I | | None | | | Sold | 02/09/16 | J | A | |
| 451. | | | | | | | | | |
| 452. -Altefris Mgd Futrues Strategy I | B | Dividend | K | T | Buy (add'l) | 07/01/16 | J | | |
| 453. | | | | | | | | | |
| 454. -Am Fd Bal Fd C: A | A | Dividend | | | Buy | 05/31/16 | K | | |
| 455. | | | | | Sold | 07/01/16 | K | A | |
| 456. | | | | | | | | | |
| 457. -Am Fd CAP Inc Bldr CL A | A | Dividend | | | Buy | 05/31/16 | K | | |
| 458. | | | | | Sold | 07/01/16 | K | A | |
| 459. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 31 of 72

Name of Person Reporting

Magner, Elizabeth W.

Date of Report

12/20/2017

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 460. -Am Fd Inc Fd CL A | A | Dividend | | | Buy | 05/31/16 | K | | |
| 461. | | | | | Sold | 07/01/16 | K | A | |
| 462. | | | | | | | | | |
| 463. -Brandes Int'l SM CAP EQ Fd CLA | B | Dividend | K | T | Buy | 02/19/16 | K | | |
| 464. | | | | | Buy (add'l) | 07/01/16 | J | | |
| 465. | | | | | | | | | |
| 466. -Diamond Hill Sm CAP Fd CL I | B | Dividend | K | T | Buy (add'l) | 07/01/16 | K | | |
| 467. | | | | | | | | | |
| 468. -First Eagle Overseas Fd CL A | | None | | | Sold (part) | 02/19/16 | J | A | |
| 469. | | | | | Buy (add'l) | 07/01/16 | K | | |
| 470. | | | | | Merged (with line 472) | 08/18/16 | L | | |
| 471. | | | | | | | | | |
| 472. -First Eagle Overseas Fund CL I | C | Dividend | L | T | | | | | |
| 473. | | | | | Sold (part) | 09/15/16 | J | A | |
| 474. | | | | | | | | | |
| 475. -Goldman Sachs SM Mid CAP Growth I | B | Dividend | K | T | Buy (add'l) | 02/19/16 | J | | |
| 476. | | | | | Buy (add'l) | 07/01/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 32 of 72

Name of Person Reporting

Magner, Elizabeth W.

Date of Report

12/20/2017

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 477. | | | | | | | | | |
| 478. -Harding Loevner Int'l EQ Port Inv CL | | None | K | T | Buy | 12/23/16 | K | | |
| 479. | | | | | | | | | |
| 480. -Jensen Quality Growth Gd LAJ | B | Dividend | K | T | Sold (part) | 02/19/16 | J | A | |
| 481. | | | | | Buy (add'l) | 07/01/16 | K | | |
| 482. | | | | | | | | | |
| 483. -Oakmark Fd | B | Dividend | L | T | Sold (part) | 02/19/16 | J | A | |
| 484. | | | | | Buy (add'l) | 07/01/16 | K | | |
| 485. | | | | | Sold (part) | 09/15/16 | J | A | |
| 486. | | | | | | | | | |
| 487. -Tortoise MLP & Pipeline Inv | A | Dividend | K | T | Buy | 02/10/16 | J | | |
| 488. | | | | | Buy (add'l) | 07/01/16 | J | | |
| 489. | | | | | | | | | |
| 490. -Virtus Contrarian Value Fd CLI | A | Dividend | L | T | Buy (add'l) | 02/19/16 | J | | |
| 491. | | | | | Buy (add'l) | 07/01/16 | K | | |
| 492. | | | | | | | | | |
| 493. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 12/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494.  -Wells Fargo Absolute Returen Admin | A | Dividend | L | T | Buy (add'l) | 07/01/16 | K | | |
| 495. | | | | | Sold (part) | 09/15/16 | J | A | |
| 496. | | | | | | | | | |
| 497.  -Wells Fargo Emerg Mkt EQ | A | Dividend | K | T | Buy (add'l) | 07/01/16 | J | | |
| 498. | | | | | Sold (part) | 09/15/16 | J | A | |
| 499. | | | | | | | | | |
| 500.  -Ishares Cores MSCI EaFE ETF | A | Dividend | | | Sold | 12/23/16 | K | A | |
| 501. | | | | | | | | | |
| 502.  -Ishares Core S&P 500 ETF | A | Dividend | | | Sold | 01/05/16 | L | A | |
| 503. | | | | | | | | | |
| 504. | | | | | | | | | |
| 505.  -Schwab Cash Reserve | A | Interest | K | T | Open | 01/08/16 | J | | |
| 506. | | | | | Distributed (part) | 03/01/16 | J | | |
| 507. | | | | | Distributed (part) | 08/30/16 | K | | |
| 508. | | | | | Distributed (part) | 09/16/16 | J | | |
| 509. | | | | | | | | | |
| 510. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 12/20/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. | | | | | | | | | |
| 512. TRUST #4-Trustee | | | | | | | | | |
| 513. -Whitney National Bank Account | None | | L | T | Open | 1/1/16 | | | |
| 514. - 8.33% int in real property Union City, Tn; 3/7/14 see Part VIII | B | Rent | K | Q | | | | | |
| 515. | | | | | | | | | |
| 516. Trust #4--Fidelity IRA Rollover Account | | | | | Closed | 11/03/16 | | | |
| 517. | | | | | | | | | |
| 518. -Am Century Equity Growth Inv CL | None | | | | Sold | 02/22/16 | J | A | |
| 519. | | | | | | | | | |
| 520. -Am Centruy RE Inv CL | None | | | | Sold | 02/22/16 | J | A | |
| 521. | | | | | | | | | |
| 522. -Columbia Acorn Emerg Mkts A | None | | | | Sold | 02/22/16 | J | A | |
| 523. | | | | | | | | | |
| 524. -Diamond Hill Sm Mid Cap FD A | None | | | | Sold | 02/22/16 | J | A | |
| 525. -Janus Research FD CL T | None | | | | Sold | 02/22/16 | J | A | |
| 526. | | | | | | | | | |
| 527. -Direxion Daily Sml Cap | None | | | | Buy | 02/24/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

Magner, Elizabeth W.

Date of Report

12/20/2017

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. | | | | | Sold | 03/10/16 | J | A | |
| 529. | | | | | | | | | |
| 530.  -Direxion Shs ETF Tr Daily 20+ | None | | | | Buy | 02/24/16 | J | | |
| 531. | | | | | Buy (add'l) | 3/10/16 | J | | |
| 532. | | | | | Sold | 05/17/16 | J | A | |
| 533. | | | | | | | | | |
| 534.  -DB Gold Double Long ETN | None | | | | Buy | 03/10/16 | J | | |
| 535. | | | | | Sold | 06/23/16 | J | A | |
| 536. | | | | | | | | | |
| 537.  -Guggenhm China Sm Cap ETF Ishares Inc Currency Hed MSCI Emer | None | | | | Buy | 02/24/16 | J | | |
| 538. | | | | | Sold | 05/17/16 | J | A | |
| 539. | | | | | | | | | |
| 540.  -Ishares Inc Currency Hed MSCI Emerg | None | | | | Buy | 03/10/16 | J | | |
| 541. | | | | | Sold (part) | 05/17/16 | J | A | |
| 542. | | | | | Sold | 06/23/16 | J | A | |
| 543. | | | | | | | | | |
| 544. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 12/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. | | | | | | | | | |
| 546. -Ishares Tr Iboxx Hi Yd ETF | A | Dividend | | | Buy | 02/24/16 | J | | |
| 547. | | | | | Buy (add'l) | 05/17/16 | J | | |
| 548. | | | | | Sold | 06/23/16 | J | A | |
| 549. | | | | | | | | | |
| 550. -Ishares Iboxx Investment Grade | A | Dividend | | | Buy | 05/17/16 | J | | |
| 551. | | | | | Sold | 06/23/16 | J | A | |
| 552. | | | | | | | | | |
| 553. | | | | | | | | | |
| 554. | | | | | | | | | |
| 555. -Ishares Tr JP Mor Em Mkt ETF | A | Dividend | | | Buy | 02/24/16 | J | | |
| 556. | | | | | Buy (add'l) | 03/10/16 | J | | |
| 557. | | | | | Sold | 06/23/16 | J | A | |
| 558. | | | | | | | | | |
| 559. -Ishares Trust Ishares Currency Hed MSCI Japan ETF | | None | | | Buy | 02/24/16 | J | | |
| 560. | | | | | Sold | 03/10/16 | J | A | |
| 561. | | | | | Buy | 05/17/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting: Magner, Elizabeth W.

Date of Report: 12/20/2017

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 562. | | | | | Sold | 06/23/16 | J | A | |
| 563. | | | | | | | | | |
| 564. -Ishares TIPS Bond ETF | None | | | | Buy | 03/10/16 | J | | |
| 565. | | | | | Sold | 05/17/16 | J | A | |
| 566. | | | | | | | | | |
| 567. -Ishares MSCI Emer Mkt ETF | None | | | | Buy | 03/10/16 | J | | |
| 568. | | | | | Sold | 06/23/16 | J | A | |
| 569. | | | | | | | | | |
| 570. -Isharese MSCI Hong Kong ETF | None | | | | Buy | 03/10/16 | J | | |
| 571. | | | | | Sold | 05/17/16 | J | A | |
| 572. | | | | | | | | | |
| 573. -JP Morgan Discpln Equity CL A | None | | | | Sold | 02/22/16 | J | A | |
| 574. | | | | | | | | | |
| 575. -Oppenheimer Int'l Growth CL A | None | | | | Sold | 02/22/16 | J | A | |
| 576. | | | | | | | | | |
| 577. -Oppenheimer Intl Sm Co CL A | None | | | | Sold | 02/22/16 | J | A | |
| 578. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 579. -Oppenheimer Dev Mkts FD CL A | | None | | | Sold | 02/22/16 | J | A | |
| 580. | | | | | | | | | |
| 581. -Pimco Commodities Plus Strat CL D | | None | | | Sold | 02/22/16 | J | A | |
| 582. | | | | | | | | | |
| 583. -Pimco ETF Tr 15+ US TIPS Ind Fd | | None | | | Buy | 02/24/16 | J | | |
| 584. | | | | | Sold | 03/10/16 | J | A | |
| 585. | | | | | | | | | |
| 586. -Principal Mid Cap FD CL A | | None | | | Sold | 02/22/16 | J | A | |
| 587. | | | | | | | | | |
| 588. | | | | | | | | | |
| 589. -Powershares DB US DLR Ind Tr | | None | | | Buy | 02/25/16 | J | | |
| 590. | | | | | Sold | 03/10/16 | J | A | |
| 591. | | | | | Buy | 05/17/16 | J | | |
| 592. | | | | | Sold | 06/23/16 | J | A | |
| 593. | | | | | | | | | |
| 594. -Powershares Exh Traded Fds Tst India | A | Dividend | | | Buy | 02/24/16 | J | | |
| 595. | | | | | Sold | 05/17/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 596. | | | | | | | | | |
| 597.  -Powershares Exch Traded FD Tr II | A | Dividend | | | Buy | 02/24/16 | J | | |
| 598. | | | | | Buy (add'l) | 05/17/16 | J | | |
| 599. | | | | | Sold | 06/23/16 | J | A | |
| 600. | | | | | | | | | |
| 601.  -Proshares TR Proshares Ultra 7-10 | | None | | | Buy | 02/24/16 | J | | |
| 602. | | | | | Buy (add'l) | 03/10/16 | J | | |
| 603. | | | | | Sold | 06/23/16 | J | A | |
| 604. | | | | | | | | | |
| 605. | | | | | | | | | |
| 606.  -Proshares Tr Ultrashort Basic | | None | | | Buy | 02/25/16 | J | | |
| 607. | | | | | Sold | 03/10/16 | J | A | |
| 608. | | | | | | | | | |
| 609.  -Proshares Tr II Proshares Ultra short | | None | | | Buy | 02/22/16 | J | | |
| 610. | | | | | Buy (add'l) | 03/10/16 | J | | |
| 611. | | | | | Sold | 06/23/16 | J | A | |
| 612. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. | | | | | | | | | |
| 614.  -Proshares Tr Ultrapro Short | | None | | | Buy | 02/25/16 | J | | |
| 615. | | | | | Sold | 03/10/16 | J | A | |
| 616. | | | | | | | | | |
| 617.  -Proshares Tr II Proshares Ultrashort | | None | | | Buy | 05/17/16 | J | | |
| 618. | | | | | Sold | 06/23/16 | J | A | |
| 619. | | | | | | | | | |
| 620.  -Proshares Tr Proshares Ultrashort S&P 500 | | None | | | Buy | 05/17/16 | J | | |
| 621. | | | | | Sold | 06/23/16 | J | A | |
| 622. | | | | | | | | | |
| 623. | | | | | | | | | |
| 624.  -Proshares Ultra QQQ Proshares | | None | | | Buy | 02/24/16 | J | | |
| 625. | | | | | Sold | 03/10/16 | J | A | |
| 626. | | | | | | | | | |
| 627.  -Sector SPDR Tr Shs Ben Int Consumer | A | Dividend | | | Buy | 03/10/16 | J | | |
| 628. | | | | | Sold | 06/23/16 | J | A | |
| 629. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. | | | | | | | | | |
| 631.   -Sector SPDR Tr Shs Ben Int Util | | None | | | Buy | 02/24/16 | J | | |
| 632. | | | | | Sold | 03/10/16 | J | A | |
| 633. | | | | | | | | | |
| 634.   -SPDR Gold Tr Gold Shs | | None | | | Buy | 02/24/16 | J | | |
| 635. | | | | | Buy (add'l) | 03/10/16 | J | | |
| 636. | | | | | Sold (part) | 05/17/16 | J | A | |
| 637. | | | | | Sold | 06/23/16 | J | A | |
| 638. | | | | | | | | | |
| 639.   -SPDR Ser Tr S&P BK ETF | | None | | | Buy | 03/10/16 | J | | |
| 640. | | | | | Sold | 05/17/16 | J | A | |
| 641. | | | | | | | | | |
| 642.   -SPDR Ser Tr S&P Regl Banking ETF | A | Dividend | | | Buy | 02/25/16 | J | | |
| 643. | | | | | Sold (part) | 03/10/16 | J | A | |
| 644. | | | | | Sold | 05/17/16 | J | A | |
| 645. | | | | | | | | | |
| 646.   -SPDR Ser Tr S&P Retail ETF | A | Dividend | | | Buy | 03/10/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. | | | | | Sold | 05/17/16 | J | A | |
| 648. | | | | | | | | | |
| 649. - TIAA CREF Instit Growth & Inc FD | | None | | | Sold | 02/22/16 | J | A | |
| 650. | | | | | | | | | |
| 651. -Third Ave Real Estate Value Invst | | None | | | Sold | 06/22/16 | J | A | |
| 652. | | | | | | | | | |
| 653. -T Rowe Price Health Sciences | | None | | | Sold | 02/22/16 | J | A | |
| 654. | | | | | | | | | |
| 655. -Vanguard Ind Fds Vanguard REIT ETF | A | Dividend | | | Buy | 02/24/16 | J | | |
| 656. | | | | | Sold | 05/17/16 | J | A | |
| 657. | | | | | | | | | |
| 658. -Vanguard Ind Fds Vanguard Sm Cap | | None | | | Buy | 02/24/16 | J | | |
| 659. | | | | | Sold | 03/10/16 | J | A | |
| 660. | | | | | | | | | |
| 661. -Vanguard Intl EQ Ind FDs Global | A | Dividend | | | Buy | 02/24/16 | J | | |
| 662. | | | | | Sold | 06/23/16 | J | A | |
| 663. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

Magner, Elizabeth W.

12/20/2017

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. -Vanguard Scottsdale Fds Vanguard | A | Dividend | | | Buy | 03/10/16 | J | | |
| 665. | | | | | Sold | 06/23/16 | J | A | |
| 666. | | | | | | | | | |
| 667. -Vaneck Vectors ETF Tr Emer Mkts Hi | A | Dividend | | | Buy | 05/17/16 | J | | |
| 668. | | | | | Sold | 06/23/16 | J | A | |
| 669. | | | | | | | | | |
| 670. -Voya Sm Co CL A | | None | | | Sold | 02/22/16 | J | A | |
| 671. | | | | | | | | | |
| 672. -Wisdomtree Tr Eur Hdg Sml Cap | A | Dividend | | | Buy | 02/24/16 | J | | |
| 673. | | | | | Sold | 06/23/16 | J | A | |
| 674. | | | | | | | | | |
| 675. | | | | | | | | | |
| 676. | | | | | | | | | |
| 677. -Wisdomtree Tr Eur Hed EQ | A | Dividend | | | Buy | 02/24/16 | J | | |
| 678. | | | | | Buy (add'l) | 05/17/16 | J | | |
| 679. | | | | | Sold | 06/23/16 | J | A | |
| 680. | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

**FINANCIAL DISCLOSURE REPORT** | Name of Person Reporting | Date of Report

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. -Fidelity Gov't Cash Reserves | A | Interest | | | Distributed | 10/13/16 | M | A | |
| 682. | | | | | | | | | |
| 683. Trust #4- Schwab Account | | | | | | | | | |
| 684. | | | | | | | | | |
| 685. -Altegris Macro Strat FD I | | None | | | Sold | 02/09/16 | J | A | |
| 686. | | | | | | | | | |
| 687. -Altegris Mngd Futures Strat FD | | None | K | T | Buy (add'l) | 07/01/16 | J | | |
| 688. | | | | | | | | | |
| 689. -Am Fd Bal Fd CL A | A | Dividend | | | Buy | 05/31/16 | K | | |
| 690. | | | | | Sold | 07/01/16 | K | A | |
| 691. | | | | | | | | | |
| 692. -Am Fd CAP Inc Bldr CL A | A | Dividend | | | Buy | 05/31/16 | K | | |
| 693. | | | | | Sold | 07/01/16 | K | A | |
| 694. | | | | | | | | | |
| 695. -Am Inc Fd of Am CL A | A | Dividend | | | Buy | 05/31/16 | K | | |
| 696. | | | | | Sold | 07/01/16 | K | A | |
| 697. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698.　-Brandes Int'l Sm Cap EQ Fd CL A | B | Dividend | K | T | Buy | 02/19/16 | K | | |
| 699. | | | | | Buy (add'l) | 07/01/16 | J | | |
| 700. | | | | | | | | | |
| 701.　-Diamond Hill Sm Cap CL 1 | B | Dividend | K | T | Buy (add'l) | 07/01/16 | J | | |
| 702. | | | | | | | | | |
| 703. | | | | | | | | | |
| 704.　-First Eagle Overseas CL A | | None | | | Sold (part) | 02/18/16 | J | | |
| 705. | | | | | Buy (add'l) | 07/01/16 | K | | |
| 706. | | | | | Merged (with line 709) | 08/15/16 | L | | |
| 707. | | | | | | | | | |
| 708. | | | | | | | | | |
| 709.　-First Eagle Overseas Fd CL 1 | C | Dividend | L | T | Buy | 08/19/16 | L | | |
| 710. | | | | | Sold (part) | 09/15/16 | J | A | |
| 711. | | | | | | | | | |
| 712.　-Goldman Sachs Sm Mid Growth | B | Dividend | K | T | Buy (add'l) | 02/19/16 | J | | |
| 713. | | | | | Buy (add'l) | 07/01/16 | K | | |
| 714. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

Magner, Elizabeth W.

12/20/2017

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715.  -Harding Loevner Int'l EQ Port Inv CL | | None | K | T | Buy | 12/21/16 | K | | |
| 716. | | | | | | | | | |
| 717.  -Jensen Quality Growth FD CL I | C | Dividend | K | T | Sold (part) | 02/19/16 | J | A | |
| 718. | | | | | Buy (add'l) | 07/01/16 | K | | |
| 719. | | | | | | | | | |
| 720.  -Oakmark FD CL I | | None | L | T | Sold (part) | 02/19/16 | J | A | |
| 721. | | | | | Buy (add'l) | 07/01/16 | K | | |
| 722. | | | | | Sold (part) | 09/14/16 | J | | |
| 723. | | | | | | | | | |
| 724.  -Tortoise MLP & Pipeline Inv | A | Dividend | J | T | Buy | 02/10/16 | J | | |
| 725. | | | | | Buy (add'l) | 07/01/16 | J | | |
| 726. | | | | | | | | | |
| 727.  -Virtus Contrarian Value FD CL | A | Dividend | L | T | Buy (add'l) | 02/19/16 | J | | |
| 728. | | | | | Buy (add'l) | 07/01/16 | K | | |
| 729. | | | | | | | | | |
| 730.  -Wells Fargo Absolute Return | A | Dividend | L | T | Buy (add'l) | 07/01/16 | K | | |
| 731. | | | | | Sold (part) | 09/15/16 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. | | | | | | | | | |
| 733. | | | | | | | | | |
| 734. -Wells Fargo Emrg Mkts Adm | A | Dividend | K | T | Buy (add'l) | 07/01/16 | K | | |
| 735. | | | | | Sold (part) | 09/14/16 | J | A | |
| 736. | | | | | | | | | |
| 737. -iShares Core MSCI EAFE | A | Dividend | | | Sold | 12/20/16 | K | A | |
| 738. | | | | | | | | | |
| 739. -Schwab Adv Cash Reserve | A | Dividend | J | T | Open | 01/05/16 | K | | |
| 740. | | | | | Distributed (part) | 03/01/16 | J | | |
| 741. | | | | | Distributed (part) | 08/15/16 | K | | |
| 742. | | | | | Distributed (part) | 09/16/16 | J | | |
| 743. | | | | | | | | | |
| 744. | | | | | | | | | |
| 745. Trust #4 Schwab IRA Rollover account | | | | | Open | 10/13/16 | | | |
| 746. | | | | | | | | | |
| 747. -Altergris Mgd Futures | | None | J | T | Buy | 10/17/16 | J | | |
| 748. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**     Name of Person Reporting     Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. -Brandes Intl Sm Cap EQ CL A | | None | J | T | Buy | 10/17/16 | J | | |
| 750. | | | | | Buy (add'l) | 12/22/16 | J | | |
| 751. | | | | | | | | | |
| 752. -Diamond Hill Sm Cap Fd Cl I | | None | J | T | Buy | 10/17/16 | J | | |
| 753. | | | | | Buy (add'l) | 12/22/16 | J | | |
| 754. | | | | | | | | | |
| 755. -First Eagle Overseas Fd Cl A | | None | J | T | Buy | 10/17/16 | J | | |
| 756. | | | | | Buy (add'l) | 12/22/16 | J | | |
| 757. | | | | | | | | | |
| 758. Goldman Sachs Sm Mid Cap Growth I | | None | J | T | Buy | 10/17/16 | J | | |
| 759. | | | | | | | | | |
| 760. -Harding Loevner Intl EQ Port Inv CL | | None | L | T | Buy | 12/22/16 | L | | |
| 761. | | | | | | | | | |
| 762. -Ishares Core MSCI EAFE ETF | | None | | | Buy | 10/17/16 | K | | |
| 763. | | | | | Sold | 12/22/16 | K | A | |
| 764. | | | | | | | | | |
| 765. -Jenson Quality Growth Fd CL J | | None | J | T | Buy | 10/17/16 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. | | | | | | | | | |
| 767. -Oakmark Fd | A | Dividend | J | T | Buy | 10/17/16 | J | | |
| 768. | | | | | | | | | |
| 769. -Tortoise MLP & Pipeline Inv | | None | J | T | Buy | 10/17/16 | J | | |
| 770. | | | | | Buy (add'l) | 12/22/16 | J | | |
| 771. | | | | | | | | | |
| 772. -Virtus Contrarian Value Fd CL I | | None | J | T | Buy | 10/17/16 | J | | |
| 773. | | | | | | | | | |
| 774. -Wells Fargo Absolute | | None | J | T | Buy | 10/17/16 | J | | |
| 775. | | | | | Buy (add'l) | 12/22/16 | J | | |
| 776. | | | | | | | | | |
| 777. -Wells Fargo Emerging Mkts | | None | J | T | Buy | 10/17/16 | J | | |
| 778. | | | | | | | | | |
| 779. -Schwab Deposit Account | A | Interest | J | T | Open | 10/13/16 | J | | |
| 780. | | | | | | | | | |
| 781. | | | | | | | | | |
| 782. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. | | | | | | | | | |
| 784. | | | | | | | | | |
| 785. | | | | | | | | | |
| 786.   TRUST #5 -Trustee | | | | | | | | | |
| 787.   -Whitney National Bank Account | | None | L | T | Open | 01/01/16 | | | |
| 788.   -8.33% int in real property Union City, TN; 3/7/14 See Part VIII | C | Rent | L | Q | | | | | |
| 789. | | | | | | | | | |
| 790.   Trust#5--Fidelity Rollover IRA Account | | | | | Closed | 11/03/16 | | | |
| 791. | | | | | | | | | |
| 792. | | | | | | | | | |
| 793.   -Am Centruy RE Inv CL | | None | | | Sold | 02/23/16 | J | A | |
| 794. | | | | | | | | | |
| 795.   -Am Century Equity Growth Inv CL | | None | | | Sold | 02/23/16 | J | A | |
| 796. | | | | | | | | | |
| 797.   -Columbia Acorn Emer Mkt A | | None | | | Sold | 02/23/16 | J | A | |
| 798. | | | | | | | | | |
| 799.   -Db Gold Double Long ETN | | None | | | Buy | 03/10/16 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800. | | | | | Sold | 06/28/16 | J | A | |
| 801. | | | | | | | | | |
| 802.  -Diamond Hill Sm Mik Cap FD A | | None | | | Sold | 02/23/16 | J | A | |
| 803. | | | | | | | | | |
| 804.  -Direxion Shs ETF Tr Daily 20 + | | None | | | Buy | 02/25/16 | J | | |
| 805. | | | | | Sold | 05/17/16 | J | A | |
| 806. | | | | | | | | | |
| 807.  -Direxion Daily Sm Cap | | None | | | Buy | 02/26/16 | J | | |
| 808. | | | | | Sold | 03/10/16 | J | A | |
| 809. | | | | | | | | | |
| 810.  -Guggenhm China Sm Cap ETF | | None | | | Buy | 02/25/16 | J | | |
| 811. | | | | | Sold | 05/17/16 | J | A | |
| 812. | | | | | | | | | |
| 813.  -Ishares Core S&P 500 | | None | | | Sold | 01/04/16 | L | A | |
| 814. | | | | | | | | | |
| 815.  -Ishares Inc Currency Hed MSCI Em | | None | | | Buy | 02/25/16 | J | | |
| 816. | | | | | Buy (add'l) | 03/10/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817. | | | | | Sold (part) | 05/17/16 | J | A | |
| 818. | | | | | Sold | 06/27/16 | J | A | |
| 819. | | | | | | | | | |
| 820. | | | | | | | | | |
| 821. | | | | | | | | | |
| 822. -Ishares MSCI Emerg Mkt ETF | A | Dividend | | | Buy | 05/17/16 | J | | |
| 823. | | | | | Sold (part) | 06/27/16 | J | A | |
| 824. | | | | | Sold (part) | 06/28/16 | J | A | |
| 825. | | | | | Sold | 06/29/16 | J | A | |
| 826. | | | | | | | | | |
| 827. -Ishares Tr Iboxx Hi Yd ETF | A | Dividend | | | Buy | 02/25/16 | J | | |
| 828. | | | | | Buy (add'l) | 05/17/16 | J | | |
| 829. | | | | | Buy (add'l) | 06/27/16 | J | | |
| 830. | | | | | Sold (part) | 06/28/16 | J | A | |
| 831. | | | | | Sold | 06/29/16 | J | A | |
| 832. | | | | | | | | | |
| 833. -Ishares Iboxx Inv Grade | A | Dividend | | | Buy | 05/17/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 834. | | | | | Sold (part) | 06/27/16 | J | A | |
| 835. | | | | | Sold | 06/29/16 | J | A | |
| 836. | | | | | | | | | |
| 837.  -Ishares MSCI Hong Kong ETF | | None | | | Buy | 03/10/16 | J | | |
| 838. | | | | | Sold | 05/17/16 | J | A | |
| 839. | | | | | | | | | |
| 840.  -Ishares Tips Bond ETF | | None | | | Buy | 03/10/16 | J | | |
| 841. | | | | | Sold | 05/17/16 | J | A | |
| 842. | | | | | | | | | |
| 843.  -Ishares Tr JP Mor EM MK ETF | A | Dividend | | | Buy | 02/25/16 | J | | |
| 844. | | | | | Buy (add'l) | 03/10/16 | J | | |
| 845. | | | | | Sold | 06/28/16 | J | A | |
| 846. | | | | | | | | | |
| 847.  -Ishares Trust Ishares Currency Hed MSCI Japan | | None | | | Buy | 02/25/16 | J | | |
| 848. | | | | | Sold | 03/10/16 | J | A | |
| 849. | | | | | Buy | 05/17/16 | J | | |
| 850. | | | | | Sold | 06/27/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851. | | | | | | | | | |
| 852. –Janus Research FD Cl T | | None | | | Sold | 02/23/16 | J | A | |
| 853. | | | | | | | | | |
| 854. –JP Morgan Discpln Equ CL A | | None | | | Sold | 02/23/16 | J | A | |
| 855. | | | | | | | | | |
| 856. –Oppenheimer International Growth CL A | | None | | | Sold | 02/23/16 | J | A | |
| 857. | | | | | | | | | |
| 858. –Oppenheimer Intl Sm Co CL A | | None | | | Sold | 02/23/16 | J | A | |
| 859. | | | | | | | | | |
| 860. –Oppenheimer Growth CL A | | None | | | Sold | 02/23/16 | J | B | |
| 861. | | | | | | | | | |
| 862. –Oppenheimer Dev Mkt Cl A | | None | | | Sold | 02/23/16 | J | A | |
| 863. | | | | | | | | | |
| 864. –Pimco Commodities Plus Strat CL D | | None | | | Sold | 02/23/16 | J | A | |
| 865. | | | | | | | | | |
| 866. –Pimco Commodiities | | None | | | Sold | 02/23/16 | J | A | |
| 867. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Magner, Elizabeth W.                    12/20/2017

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 868.  –Pimco ETF 15+ US TIPS IND FD | | None | | | Buy | 02/25/16 | J | | |
| 869. | | | | | Sold | 03/10/16 | J | A | |
| 870. | | | | | | | | | |
| 871. | | | | | | | | | |
| 872. | | | | | | | | | |
| 873.  –Powershares DB US DLR Ind Tr | | None | | | Buy | 02/26/16 | J | | |
| 874. | | | | | Sold | 03/10/16 | J | A | |
| 875. | | | | | Buy | 05/17/16 | J | | |
| 876. | | | | | Sold | 06/27/16 | J | A | |
| 877. | | | | | | | | | |
| 878.  –Powershares Exch Tr Fds Tsts India | A | Dividend | | | Buy | 02/25/16 | J | | |
| 879. | | | | | Sold | 05/17/16 | J | A | |
| 880. | | | | | | | | | |
| 881. | | | | | | | | | |
| 882. | | | | | | | | | |
| 883.  –Powershares Exch Trd Fd Tr II | A | Dividend | | | Buy | 02/25/16 | J | | |
| 884. | | | | | Buy (add'l) | 05/17/16 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

---

**FINANCIAL DISCLOSURE REPORT**

Page 56 of 72

Name of Person Reporting

Magner, Elizabeth W.

Date of Report

12/20/2017

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 885. | | | | | Sold | 06/28/16 | J | A | |
| 886. | | | | | | | | | |
| 887.   -Proshares Tr Proshares Ultra 7-10 | A | Dividend | | | Buy | 02/25/16 | J | | |
| 888. | | | | | Buy (add'l) | 03/10/16 | J | | |
| 889. | | | | | Sold | 06/27/16 | J | A | |
| 890. | | | | | | | | | |
| 891.   -Proshares Tr Proshares Ultrashort S&P 500 | | None | | | Buy | 05/17/16 | J | | |
| 892. | | | | | Sold | 06/28/16 | J | A | |
| 893. | | | | | | | | | |
| 894.   -Proshares Tr II Proshares Ultrashort | | None | | | Buy | 02/25/16 | J | | |
| 895. | | | | | Buy (add'l) | 03/10/16 | J | | |
| 896. | | | | | Buy (add'l) | 05/17/16 | J | | |
| 897. | | | | | Buy (add'l) | 06/27/16 | J | | |
| 898. | | | | | Sold (part) | 06/28/16 | J | A | |
| 899. | | | | | Sold | 06/29/16 | J | A | |
| 900. | | | | | | | | | |
| 901.   -Proshares Tr Ultrashort Basic | | None | | | Buy | 02/26/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Magner, Elizabeth W.

Date of Report

12/20/2017

Page 57 of 72

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 902. | | | | | Sold | 03/10/16 | J | A | |
| 903. | | | | | | | | | |
| 904. -Proshares Ultra QQQ Proshares | | None | | | Buy | 02/25/16 | J | | |
| 905. | | | | | Sold | 03/10/16 | J | A | |
| 906. | | | | | | | | | |
| 907. -Proshares Tr Ultrapro short | | None | | | Buy | 02/26/16 | J | | |
| 908. | | | | | Sold | 03/10/16 | J | A | |
| 909. | | | | | | | | | |
| 910. -Principal Mid Cap FD CL A | A | Dividend | | | Sold | 02/23/16 | J | A | |
| 911. | | | | | | | | | |
| 912. -Sector SPDR Tr Shs Ben Int Consumer | A | Dividend | | | Buy | 03/10/16 | J | | |
| 913. | | | | | Sold | 06/27/16 | J | A | |
| 914. | | | | | | | | | |
| 915. -Sector SPDR Tr Shs Ben Int Utilities | | None | | | Buy | 02/25/16 | J | | |
| 916. | | | | | Sold | 03/10/16 | J | A | |
| 917. | | | | | | | | | |
| 918. -SPDR Gold TR Gold Shs | | None | | | Buy | 02/25/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 12/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 919. | | | | | Buy (add'l) | 03/10/16 | J | | |
| 920. | | | | | Sold (part) | 05/17/16 | J | A | |
| 921. | | | | | Sold | 06/27/16 | J | A | |
| 922. | | | | | | | | | |
| 923. | | | | | | | | | |
| 924.  -Spdr Ser Tr S&P Regl Bkg ETF | | None | | | Buy | 02/25/16 | J | | |
| 925. | | | | | Sold | 03/10/16 | J | A | |
| 926. | | | | | | | | | |
| 927.  -SPDR Ser Tr S&P Retail ETF | A | Dividend | | | Buy | 03/10/16 | J | | |
| 928. | | | | | Sold | 05/17/16 | J | A | |
| 929. | | | | | | | | | |
| 930.  -SPDR Sr Tr S&P Bk ETF | A | Dividend | | | Buy | 03/10/16 | J | | |
| 931. | | | | | Sold | 05/17/16 | J | A | |
| 932. | | | | | | | | | |
| 933.  -TIAA Cref Instit Growth & Inc FD | | None | | | Sold | 02/23/16 | J | A | |
| 934. | | | | | | | | | |
| 935.  -Third Ave RE Value Invst | | None | | | Sold | 02/23/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 12/20/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 936. | | | | | | | | | |
| 937.  -T Rowe Price Health Sciences | | None | | | Sold | 02/23/16 | J | A | |
| 938. | | | | | | | | | |
| 939.  -Vanguard Ind Fds Vanguard REIT ETF | | None | | | Buy | 02/25/16 | J | | |
| 940. | | | | | Sold | 03/10/16 | J | A | |
| 941. | | | | | | | | | |
| 942.  -Vanguard Ind Fds Vanguard Sm Cap | | None | | | Buy | 02/25/16 | J | | |
| 943. | | | | | Sold | 03/10/16 | J | A | |
| 944. | | | | | | | | | |
| 945.  -Vanguard Int'l EQ Ind Fds Global | A | Dividend | | | Buy | 02/25/16 | J | | |
| 946. | | | | | Buy (add'l) | 05/17/16 | J | | |
| 947. | | | | | Sold | 06/28/16 | J | A | |
| 948. | | | | | | | | | |
| 949.  -Vanguard Ind FDS Vanguard REIT ETF | A | Dividend | | | Buy | 03/10/16 | J | | |
| 950. | | | | | Sold | 05/17/16 | J | A | |
| 951. | | | | | | | | | |
| 952.  -Vanguard Scottsdale Fds Vanguard | A | Dividend | | | Buy | 03/10/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 60 of 72

Name of Person Reporting

Magner, Elizabeth W.

Date of Report

12/20/2017

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐     NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 953. | | | | | Sold | 06/28/16 | J | A | |
| 954. | | | | | | | | | |
| 955. | | | | | | | | | |
| 956. | | | | | | | | | |
| 957. | | | | | | | | | |
| 958.  -Vaneck Vectors ETF Tr Em Mkt | A | Dividend | | | Buy | 05/17/16 | J | | |
| 959. | | | | | Buy (add'l) | 06/27/16 | J | | |
| 960. | | | | | Sold (part) | 06/28/16 | J | A | |
| 961. | | | | | Sold | 06/29/16 | J | A | |
| 962. | | | | | | | | | |
| 963.  -Voya Sm Co CL A | | None | | | Sold | 02/23/16 | J | A | |
| 964. | | | | | | | | | |
| 965.  -Wisdomtree Tr Eur Hdg Sm Cap | A | Dividend | | | Buy | 02/25/16 | J | | |
| 966. | | | | | Sold | 06/28/16 | J | A | |
| 967. | | | | | | | | | |
| 968.  -Wisdomtree Tr Eur Hed EQ | A | Dividend | | | Buy | 02/25/16 | J | | |
| 969. | | | | | Buy (add'l) | 05/17/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 12/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 970. | | | | | Buy (add'l) | 06/23/16 | J | | |
| 971. | | | | | Sold (part) | 06/28/16 | J | A | |
| 972. | | | | | Sold | 06/29/16 | J | A | |
| 973. | | | | | | | | | |
| 974. | | | | | | | | | |
| 975. | | | | | | | | | |
| 976. -Wisdomtree Tr Japan Hed EQ | | None | | | Buy | 06/23/16 | J | | |
| 977. | | | | | Sold | 06/29/16 | J | A | |
| 978. | | | | | | | | | |
| 979. -Fidelity Cash Reserves | A | Interest | | | Distributed | 11/03/16 | L | A | |
| 980. | | | | | | | | | |
| 981. Trust #5 Schwab IRA Rollover Account | | | | | Open | 10/13/16 | | | |
| 982. | | | | | | | | | |
| 983. -Altegris Mgd Furures | A | Dividend | J | T | Buy | 10/17/16 | J | | |
| 984. | | | | | | | | | |
| 985. -Brandes Int'l Sm Cap EQ Fd CL A | A | Dividend | J | T | Buy | 10/17/16 | J | | |
| 986. | | | | | Buy (add'l) | 12/22/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 12/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 987. | | | | | | | | | |
| 988. -Diamond Hill Sm Cap Fd CL I | A | Dividend | J | T | Buy | 10/17/16 | J | | |
| 989. | | | | | Buy (add'l) | 12/22/16 | J | | |
| 990. | | | | | | | | | |
| 991. | | | | | | | | | |
| 992. -First Eagle Overseas Fd CL A | A | Dividend | K | T | Buy | 10/17/16 | J | | |
| 993. | | | | | Buy (add'l) | 12/22/16 | J | | |
| 994. | | | | | | | | | |
| 995. -Goldman Sachs Sm Mid Cap Growthe I | A | Dividend | J | T | Buy | 10/17/16 | J | | |
| 996. | | | | | Buy (add'l) | 12/22/16 | J | | |
| 997. | | | | | | | | | |
| 998. -Ishares Core MSCI EAFE ETF | | None | | | Buy | 10/19/16 | K | | |
| 999. | | | | | Sold | 12/23/16 | K | A | |
| 1000. | | | | | | | | | |
| 1001. -Harding Loevner Int'l EQ Port Inc CL | | None | J | T | Buy | 12/22/16 | J | | |
| 1002. | | | | | | | | | |
| 1003. -Jensen Quality Growth Fd Cl J | A | Dividend | J | T | Buy | 10/17/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 12/20/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1004. | | | | | Buy (add'l) | 12/22/16 | J | | |
| 1005. | | | | | | | | | |
| 1006. -Tortoise MLP & Pipeline Inv | A | Dividend | J | T | Buy | 10/17/16 | J | | |
| 1007. | | | | | | | | | |
| 1008. | | | | | | | | | |
| 1009. -Oakmark Fund | A | Dividend | J | T | Buy | 10/17/16 | J | | |
| 1010. | | | | | Buy (add'l) | 12/22/16 | J | | |
| 1011. | | | | | | | | | |
| 1012. -Virtus Contrarian Value Fd CL I | | None | J | T | Buy | 10/17/16 | J | | |
| 1013. | | | | | Buy (add'l) | 12/22/16 | J | | |
| 1014. | | | | | | | | | |
| 1015. -Wells Fargo Absolute Ret Admin | A | Dividend | J | T | Buy | 10/17/16 | J | | |
| 1016. | | | | | Buy (add'l) | 12/22/16 | J | | |
| 1017. | | | | | | | | | |
| 1018. -Wells Fargo Emg Mkt | A | Dividend | J | T | Buy | 10/17/16 | J | | |
| 1019. | | | | | Buy (add'l) | 12/21/16 | J | | |
| 1020. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1021. -Schwab Deposit Account | A | Interest | J | T | Open | 10/13/16 | J | | |
| 1022. | | | | | | | | | |
| 1023. | | | | | | | | | |
| 1024. Trust#5- Schwab Account | | | | | | | | | |
| 1025. | | | | | | | | | |
| 1026. -Schwab Adv Cash Reserve Prem | A | Interest | J | T | Distributed (part) | 08/30/16 | J | | |
| 1027. | | | | | | | | | |
| 1028. | | | | | | | | | |
| 1029. -Altegris Macro Strat FD I | | None | | | Sold | 02/09/16 | J | A | |
| 1030. | | | | | | | | | |
| 1031. -Altegris Mngd Futures Strat FD | B | Dividend | K | T | Buy (add'l) | 07/01/16 | J | | |
| 1032. | | | | | | | | | |
| 1033. -Am Balaanced Fd CL A | A | Dividend | | | Buy | 05/31/16 | K | | |
| 1034. | | | | | | Sold | 07/01/16 | K | A | |
| 1035. | | | | | | | | | |
| 1036. -Am Fd CAP Inc Builder CL A | A | Dividend | | | Buy | 05/31/16 | K | | |
| 1037. | | | | | | Sold | 07/01/16 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 12/20/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1038. | | | | | | | | | |
| 1039. | | | | | | | | | |
| 1040. -Am FD Inc Fd of AM Cl A | A | Dividend | | | Buy | 05/31/16 | K | | |
| 1041. | | | | | Sold | 07/01/16 | K | A | |
| 1042. | | | | | | | | | |
| 1043. -Brandes Int'l Sm CAP EQ Gd CL A | B | Dividend | K | T | Buy | 02/19/16 | K | | |
| 1044. | | | | | Buy (add'l) | 07/01/16 | J | | |
| 1045. | | | | | | | | | |
| 1046. -Diamond Hill Sm Cap CL I | C | Dividend | K | T | Buy (add'l) | 07/01/16 | K | | |
| 1047. | | | | | | | | | |
| 1048. | | | | | | | | | |
| 1049. -First Eagle Overseas CL A | | None | | | Sold | 02/19/16 | J | A | |
| 1050. | | | | | Buy | 07/01/16 | K | | |
| 1051. | | | | | Merged (with line 1053) | 08/19/16 | K | | |
| 1052. | | | | | | | | | |
| 1053. -First Eagle Oversease Fd CL I | C | Dividend | L | T | Buy | 08/19/16 | L | | |
| 1054. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 12/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1055. -Goldman Sachs Sm Mid Growth | B | Dividend | K | T | Buy (add'l) | 02/19/16 | J | | |
| 1056. | | | | | Buy (add'l) | 07/01/16 | K | | |
| 1057. | | | | | | | | | |
| 1058. -Jensen Quality Growth FD CL I | B | Dividend | K | T | Sold (part) | 02/19/16 | J | A | |
| 1059. | | | | | Buy (add'l) | 07/01/16 | K | | |
| 1060. | | | | | | | | | |
| 1061. -Harding Loevner Int'l EQ Port Inv CL | | None | K | T | Buy | 12/23/16 | K | | |
| 1062. | | | | | | | | | |
| 1063. -Oakmark FD CL I | A | Dividend | K | T | Sold (part) | 02/19/16 | J | A | |
| 1064. | | | | | Buy (add'l) | 07/01/16 | K | | |
| 1065. | | | | | | | | | |
| 1066. -Tortoise MLP & Pipeline Inv | A | Dividend | K | T | Buy | 02/10/16 | J | | |
| 1067. | | | | | Buy (add'l) | 07/01/16 | J | | |
| 1068. -Virtus Ccontrarian Value FD CL | A | Dividend | L | T | Buy (add'l) | 02/19/16 | J | | |
| 1069. | | | | | Buy (add'l) | 07/01/16 | K | | |
| 1070. | | | | | | | | | |
| 1071. -Wells Fargo Absolute Return | A | Dividend | L | T | Buy (add'l) | 07/01/16 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 12/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1072. | | | | | | | | | |
| 1073. -Wells Fargo Adv Emrg Mkts Adm | A | Dividend | K | T | Buy (add'l) | 07/01/16 | K | | |
| 1074. | | | | | | | | | |
| 1075. -iShares Core MSCI EAFE | B | Dividend | | | Sold | 12/23/16 | K | A | |
| 1076. | | | | | | | | | |
| 1077. | | | | | | | | | |
| 1078. ESTATE ACCOUNTS-Executrix and heir | | | | | | | | | |
| 1079. | | | | | | | | | |
| 1080. FIDELITY ESTATE ACCOUNT #1 | | | | | Closed | 03/23/16 | | | |
| 1081. | | | | | | | | | |
| 1082. -Fidelity Municipal Money Mkt | | None | | | Distributed | 03/01/16 | J | A | |
| 1083. | | | | | | | | | |
| 1084. FIDELITY ESTATE ACCOUNT #2 | | | | | Closed | 03/23/16 | | | |
| 1085. | | | | | | | | | |
| 1086. -Fidelity Municipal Money Mkt | | None | | | Distributed | 03/23/16 | J | A | |
| 1087. | | | | | | | | | |
| 1088. RAYMOND JAMES ESTATE ACCOUNT #3 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 12/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1089. | | | | | | | | | |
| 1090. -Berkshire Hathaway Inc CL B | | None | | | Distributed | 05/23/16 | O | | |
| 1091. -Am Balanced FD Cl A | A | Dividend | | | Distributed | 05/23/16 | M | | |
| 1092. -Capital Inc Builder FD CL | A | Dividend | | | Distributed | 05/23/16 | L | | |
| 1093. -Fundatmntal Invesors FD CL A | A | Dividend | | | Distributed | 05/23/16 | L | | |
| 1094. -Inc FD of AM CL A | B | Dividend | | | Distributed | 05/23/16 | N | | |
| 1095. -Investment Co of AM CL A | A | Dividend | | | Distributed | 05/23/16 | M | | |
| 1096. -Lafayette Parish La, GO Ref Bds 2012 | A | Interest | | | Distributed | 05/23/16 | L | | |
| 1097. -LA Loc Govt Enviromental Fac & Comnty Dev LCTCS 2010 | A | Interest | | | Distributed | 05/23/16 | K | | |
| 1098. -La Loc Govt Environmental Facs & Comnty LCTCS 2011 | A | Interest | | | Distributed | 05/23/16 | K | | |
| 1099. -La Pub Facs Auth Rev BDs Loyola Univ of NO 2011 | | None | | | Distributed | 05/23/16 | K | | |
| 1100. -La Pub Facs Auth Rev BDs Roman Catholic Archdiocesse of NO 2007 | A | Interest | | | Distributed | 05/23/16 | K | | |
| 1101. -LSU Brd Supervisors Rev BDs 2012/2026 | A | Interest | | | Distributed | 05/23/16 | J | | |
| 1102. -LSU Brd of Supervisors Rev BDs 2012/2027 | B | Interest | | | Distributed | 05/23/16 | M | | |
| 1103. -Orleans Parish La Parishwide Sch Dist GO Ref BDs 2010 | B | Interest | | | Distributed | 05/23/16 | L | | |
| 1104. -Raymond James Bank Deposit Program | A | Interest | J | T | Distributed (part) | 05/23/16 | N | | |
| 1105. | | | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes (See Columns C1 and D3)    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes (See Column C2)    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 12/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1106. Vanguard Growth Index Fund | A | Interest | K | T | | | | | |
| 1107. Vanguard Stock Mkt Index FD | A | Interest | K | T | | | | | |
| 1108. | | | | | | | | | |
| 1109. | | | | | | | | | |
| 1110. | | | | | | | | | |
| 1111. Other Estate property | | | | | | | | | |
| 1112. | | | | | | | | | |
| 1113. -Real property, Fort Worth TX -Chesapeake; 3/7/14 | F | Rent | O | Q | | | | | |
| 1114. -3.57143% Ownership interest Salt Domes Partnership; 3/7/14 | E | Royalty | M | Q | | | | | |
| 1115. -Oil, gas, mineral interests St. Martin Parish, La Exxon; 3/7/14 | A | Royalty | K | Q | | | | | |
| 1116. -Oil gas, mineral interests Iberia Parish, La-Hilcorp; 3/7/14 | D | Royalty | J | Q | | | | | |
| 1117. -3.24074% Ownership interest in EWA, LLC; 3/7/14 | C | Dividend | L | Q | | | | | |
| 1118. -4.17% Ownership interest in Lincoln Land Investments, Inc; 3/7/14 | | None | J | Q | | | | | |
| 1119. -JPMorgan Chase bank account #4 50% interest | A | Interest | J | T | | | | | |
| 1120. -JPMorgan Chase bank account #3 50% interest | A | Interest | J | T | | | | | |
| 1121. -Whitney Bank accounts | | None | M | T | Distributed (part) | 02/14/16 | P1 | | |
| 1122. -(X)1/3 int in real property-Ventress, La; 3/7/14; See Part VIII | | None | M | Q | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 12/20/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1123. -(X) Real estate-Baton Rouge, La.; 3/7/14; See Part VIII | | None | P1 | Q | | | | | |
| 1124. -Maplewood Partners LLP- | | None | J | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 12/20/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

▇▇▇ died on March 7, 2014. On ▇ death, Trust #1 was funded with life insurance proceeds. I am an income & principal beneficiary as well as the trustee of that trust.

I am the trustee of Trust #2 which has no assets.

Trusts 3-5 were created by ▇▇▇ on ▇ death, for the benefit of three minor grandchildren. I am the trustee of these trusts. These trusts are being funded through distributions from the Estate of ▇▇▇ An undivided interst in property located in Union city, TN was incorrectly reported as 1/8th when it is actually 8.33%

Allstate Corp holdings reported on the amended 2015 report on line 591 were completed sold on July 14, 2015. The report indicated only a partial sale, but no values were shown for year end. As a reslt, there were no holdings to report on this year's report.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 72 of 72 | Magner, Elizabeth W. | 12/20/2017 |

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Elizabeth W. Magner**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544